IN THE MATTER OF THE TENURE HEARING OF RICHARD
WOLF, SCHOOL DISTRICT OF THE BOROUGH OF
NATIONAL PARK, GLOUCESTER COUNTY.

June 27, 1989.

Petition for certification denied.   (See 231 *N.J.Super.* 365)


ALBERTA H. MOLMAR v. GENLYTE GROUP, INC.

June 27, 1989.

Petition for certification denied.


MARIE DARKO v. CLEMENT FUREY, JR., M.D. AND
MORRISTOWN MEMORIAL HOSPITAL, ET AL.

June 27, 1989.

Petitions for certification denied.


MICHAEL P. DREHER v. BOARD OF EDUCATION OF THE
JERSEY CITY HUDSON COUNTY.

June 27, 1989.

Petition for certification denied.